

# Fourth Court of Appeals

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

08/31/2016 1:41:21 PM

KEITH E. HOTTLE
Clerk

## NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: ___04-16-00406-CR___

Trial Court Style: ___State of Texas vs. Carl Wade Bales___

Trial Court No.: ___2013-CR-0075___

I am the official responsible for preparing the clerk's record/reporter's record [circle one] in the above-referenced appeal. The approximate date of trial was: ___June 13-16, 2016___

The record was originally due: ___August 16, 2016___

I anticipate the length of the record to be: ___650 pages___

I am unable to file the record by the date such record is due because [check one]:

☐ the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

☒ my other duties or activities preclude working on the record and include the following [attach additional pages if needed]:

___I have been in trial every week and just finshed 2014-CR-8622 Steve Kou and 2015-CI-15567___

___Reyes Mares, and am currently working on 2015-CR-9807 Minerva Alcorta___

☐ Other. Explain [attach additional pages if needed]: _____

I anticipate the record will be completed by: ___September 30, 2016___

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail of fax to the parties to the judgment or order being appealed.

Date: ___August 31, 2016___

Signature: ___/s/s/s/ Mary Beth Sasala___

Printed Name: ___Mary Beth Sasala___

Title: ___Official Reporter___

Rev. 1.8.14